IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 FEB 21  A 10: 00

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

_Cornelius Milner Sacmaine_
**Full name and prison number of plaintiff(s)**

v.

_Tallapoosa County Jail_
_Blake Jennings (Jail Adm.)_
_(Sheriff) Jimmy Abbott_

**Name of person(s) who violated your constitutional rights. (List the names of all the persons.)**

CIVIL ACTION NO. 3:07cv152-WHA
(To be supplied by Clerk of U.S. District Court)

I. PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ( )  NO (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ( )  NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____

         _____

         Defendant(s) _____

         _____

      2. Court (if federal court, name the district; if state court, name the county) _____

         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT  Tallapoosa County Jail

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Tallapoosa County Jail

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Jail Adm. of County Jail Blake Jennings | |
| 2. Sheriff of County Jail Jimmy Abbett | |
| 3. Tallapoosa County Jail | |
| 4. | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED  1-19-07

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Jimmy Abbett / staff members Knowingly and Willingly Put a A.I.D.S. Patient in the cell with me.

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.** (State as best you can the time, place and manner and person involved.)

On or about the date (1-19-07) a inmate arrived in the cell with me by the name of ~~Fernando~~ (Alfonzo Caldwell) Another inmate (Tywane Tuck) knew him and knew that he had A.I.D.S. So he asked a jailor did he know that they put a victom in the cell and he answered "Yes"

**GROUND TWO:** And we got a person with a staff invection in the cell with us right now, and they wont do anything about it. (I wrote Grievance)

**SUPPORTING FACTS:** I asked the A.I.D.S. victom was it true that he had A.I.D.S and he answered "Yes". Witness (Alfonzo Caldwell)

**GROUND THREE:** The Person with the staff told us that he had it, and the nurse verified it also. (Nothing was done)

**SUPPORTING FACTS:** The A.I.D.S. victom also knew a couple more inmates in the cell and they also knew. (Wilbur Russell), (Tyrone Riley) (Kerenski Weststone) (Tywane Tuck) Are all Witnesse's. (James Harell also)

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I just dont want this to keep happening and end up fatal on somebody else's behalf in the future. Therefore I want to sue.

*Cornelius Milmore*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  1-31-07
(Date)

*Cornelius Milmore*
Signature of plaintiff(s)

4

Cornelius Milver #410
36 Industrial Park Dr.
Dadeville, AL. - 36853 -

MONTGOMERY AL 361
20 FEB 2007 PM 4 L

Legal Mail
Office of the Clerk
United State district court
P.O. Box 711
Mont. AL. - 36101 -

36101+0711