Milner

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece

Blake Jennings, Jail Administrator
Tallapoosa County Jail
316 Industrial Park Drive
Dadeville, AL 36853

(Complaint 40 day)  07-152

2. Article Number
(Transfer from service label)

7005 1160 0001 2962 1621

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Krystal Voss
☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
Krystal Voss

dress different from item 1?  ☐ Yes
delivery address below:     ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes