Milner

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Jimmy Abbett, Sheriff
Tallapoosa County Jail
316 Industrial Park Drive
Dadeville, AL 36853

(Complaint 40 dys)    07cv152

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Krysta Loss_    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Krysta Loss

D. Is address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☑ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7005 1160 0001 2962 1614

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540