IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

CORNELIUS MILNER                     *

    Plaintiff,                            *

       v.                                       *          3:07-CV-152-WHA

BLAKE JENNINGS (JAIL AMD.),          *
*et al.*,
    Defendants.                           *

_____

## ORDER ON MOTION

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

    1. Defendants' Motion for Extension of Time (Doc. No. 9) is GRANTED; and

    2. Defendants are GRANTED an extension from April 3, 2007 to May 14, 2007 to file their answer and written report.

    DONE, this 4th day of April 2007.

                                        /s/ Susan Russ Walker
                                        SUSAN RUSS WALKER
                                        UNITED STATES MAGISTRATE JUDGE