IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

CORNELIUS MILNER                *

    Plaintiff,                     *

    v.                              *       3:07-CV-152-WHA

BLAKE JENNINGS (JAIL AMD.),    *
*et al.*,
    Defendants.                *

_____

**ORDER**

For good cause, it is

ORDERED that the Recommendation of the Magistrate Judge entered June 26, 2007 (Doc. No. 14) be and is hereby VACATED.

DONE, this 29th day of June 2007.

                                 /s/ Susan Russ Walker
                                 SUSAN RUSS WALKER
                                 UNITED STATES MAGISTRATE JUDGE