IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | | |
|---|---|---|
| CORNELIUS MILNER | * | |
| Plaintiff, | * | |
| v. | * | 3:07-CV-152-WHA |
| BLAKE JENNINGS (JAIL AMD.), *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER**

Plaintiff has pending in this court two civil actions - the instant action as well as *Milner v. Jennings, et al.*, Civil Action No. 3:07-CV-165- MHT. Plaintiff submitted an opposition response in the latter case on June 11, 2007. (*See* Doc. No. 20.) On June 28, 2007 he submitted an additional opposition response in Civil Action No. 3:07-CV-165-MHT. Upon review of the opposition filed June 11, 2007, it appears to the undersigned that Plaintiff may have inadvertently filed that pleading in Civil Action No. 3:07-CV-165-MHT when he may have meant to file it in the above-captioned action. Accordingly, Plaintiff shall be granted an opportunity to either confirm or deny whether his opposition filed June 11, 2007 in Civil Action No. 3:07-CV-165-MHT was intended for filing in the above-captioned complaint. If Plaintiff did, in fact, intend for his June 11, 2007 opposition to be filed in the instant case, the court shall direct the clerk to strike the June 11, 2007 pleading from Civil Action No. 3:07-CV-165-MHT and re-file said pleading in the above-captioned case.

Accordingly, it is

ORDERED that on or before July 12, 2007 Plaintiff advise the court whether he intended for his June 11, 2007 opposition, filed in Civil Action No. 3:07-CV-165-MHT, to be filed in the instant case. If such was Plaintiff's intention, the court will direct the clerk to strike the June 11, 2007 opposition filed in Civil Action No. 3:07-CV-165-MHT and re-file said opposition in the instant matter.

Plaintiff is cautioned that his failure to respond to this order will result in Recommendation that this case be dismissed.

DONE, this 29th day of June 2007.

      /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE