July, 5th 2007

Case: 3:07-CV-00152-WHA-SRW

Cornelius Milner
Plaintiff,
v
Blake Jennings (Jail Amd.), et al.,
Defendants.

My June 11th opposition was filed under Civil Action No. 3:07-CV-165-MHT which I meant for it to be filed under 3:07-CV-00152-WHA-SRW. Please forgive me for taken up more of your time than needed.

With Respect

Cornelius Milner

Cornelius Milner #40
16 Ind. Ph. Dr.
Dadeville, AL -
36853

36101+0711

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, AL - 36101-0711

MONTGOMERY AL 361
05 JUL 2007 PM 2
USA 41