IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

CORNELIUS MILNER                    *

    Plaintiff,                          *

       v.                              *      3:07-CV-152-WHA

BLAKE JENNINGS (JAIL AMD.),         *
*et al.*,
    Defendants.                         *

_____

**ORDER**

On July 6, 2007 Plaintiff filed a response to the court's June 29, 2007 order directing him to either confirm or deny whether his opposition filed June 11, 2007 in Civil Action No. 3:07-CV-165-MHT was intended for filing in the above-captioned complaint. (*See* Doc. No. 17). In his July 6 response Plaintiff confirms that he did intend for his June 11, 2007 opposition (originally filed in Civil Action No. 3:07-CV-165-MHT) to be filed in the instant case. Accordingly, the clerk shall be directed to strike the June 11, 2007 pleading from Civil Action No. 3:07-CV-165-MHT and re-file said pleading in the above-captioned case.

Accordingly, the Clerk is DIRECTED to STRIKE Document Number 20 filed in Civil Action No. 3:07-CV-165-MHT and FILE said pleading in the instant case. The Clerk is further DIRECTED to file a copy of this order in Civil Action No. 3:07-CV-165-MHT.

DONE, this 10th day of July 2007.

                                /s/ Susan Russ Walker
                                SUSAN RUSS WALKER
                                UNITED STATES MAGISTRATE JUDGE