Case Number: 3:07-CV-152-WHA (WO)

Cornelius Milner
Plaintiff
    V.
Blake Jennings (Jail AMD.), et al.,
Defendants.

2007 JUL 19 A 4:
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

## Plaintiff's Objections

The Magistrate Judge recommended that my case (# 3:07-CV-152) be thrown out/dismissed because the Courts didn't receive my response to the Defendant's written report before the expiration date of June 11th 2007. I the Plaintiff objects. On the morning of June 9th 2007, I sent out my response to the Defendant's written report which the Courts should of received before the due date June 11th 2007. I would like the Courts to acknowledge that I am incarcerated in the Tallapoosa County Jail, a facility ran by the Defendants. The Defendants have access to my mail and control over when my mail goes out. I stayed in compliance with the Courts order by responding to the Defendants

Written Report, and sending my response off before my time todo so expired. As you can tell by the hard work and effort that I put into my response (to the Defendants Written Report) I had <u>no</u> intentions what so ever to abandon my claims. I dont feel I should be held accountible for this facility not sending my mail out the same morning I put it out, or either holding my mail deliberately knowing it might result in the dismissal of my case.

## Conclusion

I Cornelius Milner did stay in compliance to the Courts order by responding to the Defendants Written Report on time. I never had no intentions on neglecting my claims and I would like to persue my case in this Honorable Court. Please take into consideration that "<u>The Defendants</u>" have control over when my mail go's out not me. I ask the Courts to please let me proceed with my claims in the United States District Court for the Middle District of Alabama Eastern Division.

With Respect Cornelius Milner

Certificate of Service

The Defendant's attorney's have been served a copy of this Objection. Sent out the morning of July, 17th 2007, in the matter of Case Action NO. #3:07-CV-00152-WHA

Cornelius Milner
Plaintiff,
v
Blake Jennings (Bail AMD.), et al.,
Defendants.

Cornelius Milner

Cornelius Milner #410
516 Ind. Pk. Dr.
Dadeville, AL.
- 36853 -

Office Of The Clerk
United States District Court
P.O. Box 711
Montgomery, AL. - 36101-0711

36101+0711

MONTGOMERY AL 361
19 JUL 2007 PM

