IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CORNELIUS MILNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:07cv152-WHA |
| ) | |
| BLAKE JENNINGS, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is before the court on Plaintiff's objections to the Recommendation of the Magistrate Judge which was entered on June 26, 2007. That Recommendation was vacated by order of the Magistrate Judge on June 29, 2007 and, therefore, Plaintiff's objections are overruled as moot. The case is returned to the Magistrate Judge for further proceedings.

DONE this 6th day of August, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE