IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE DIVISION

CORNELIUS MILNER,

    Plaintiff,

v.    CASE NO. 3:06-cv-00152-WHA

BLAKE JENNINGS, ET AL.,

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Jimmy Abbett, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [✔] This party is an individual, or
- [✔] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

2/21/2008
Date

(Signature) Ashley Hawkins Freeman

Ashley Hawkins Freeman
(Counsel's Name)

Jimmy Abbett and Blake Jennings
Counsel for (print names of all parties)

Webb & Eley, P.C.
P.O. Box 240909, Montgomery, AL 36124
Address, City, State Zip Code

334-262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE _____ DIVISION

## CERTIFICATE OF SERVICE

I, Ashley Hawkins Freeman_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail _____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 21st____day of February_____ 20 08 to:

Cornelius Milner, Tallapoosa County Jail, 316 Industrial Park Drive, Dadeville, AL  36853

2/21/2008
Date

Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____MIDDLE_____ DIVISION

CORNELIUS MILNER

Plaintiff,

v.

BLAKE JENNINGS, ET AL.

Defendants,

CASE NO. 3:06-cv-00152-WHA

## CONFLICT DISCLOSURE STATEMENT

COMES NOW _Blake Jennings_, a _Defendant_ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[✓] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

2/21/2008
Date

(Signature) Ashley Hawkins Freeman

Ashley Hawkins Freeman
(Counsel's Name)

Jimmy Abbett and Blake Jennings
Counsel for (print names of all parties)

Webb & Eley, P.C.
P.O. Box 240909, Montgomery, AL 36124
Address, City, State Zip Code

334-262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE _____ DIVISION

## CERTIFICATE OF SERVICE

I, Ashley Hawkins Freeman, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 21st day of February 20 08, to:

Cornelius Milner, Tallapoosa County Jail, 316 Industrial Park Drive, Dadeville, AL 36853

2/21/2008
Date

*Ashley Hawkins Freeman*
Signature